IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| SAMUEL E. RICHARDS,<br><br>Plaintiff,<br><br>vs.<br><br>M.J. EDWARDS, DR. BAIRD, MEDICAL DIRECTOR; NURSE SUPERVISOR LOCK, RNS MONEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:24-CV-00004-CBB |

**ORDER**

AND NOW, this 14th day of September, 2026,

Upon consideration of Corrections Defendants' motion to dismiss ECF No. 108,

IT IS HEREBY ORDERED that said motion is granted in part and denied in part. Corrections Defendants' motion is granted with respect to Richards's official capacity claims, claims for declaratory and injunctive relief, Fourteenth Amendment equal protection claim and ADA claim, which are dismissed with prejudice. The following claims remains: (1) an Eighth Amendment deliberate indifference to serious medical needs claim against Defendants Edwards and Baird.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge